# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GLEN D. ARNETT, JR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. CIV-25-380-SLP |
| FREDRICO MORENO, et al., | ) ) ) |
| Defendants. | ) |

## **O R D E R**

Before the Court is Plaintiff Glen D. Arnett, Jr.'s Notice of Voluntary Dismissal [Doc. No. 28]. Plaintiff seeks dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), which allows a plaintiff to "dismiss an action without a court order . . . before the opposing party serves either an answer or a motion for summary judgment[.]" Here, no defendants filed an answer or summary judgment motion. *See De Leon v. Marcos,* 659 F.3d 1276, 1283 (10th Cir. 2011) (noting that because the defendant had filed a motion to dismiss rather than an answer or motion for summary judgment, the plaintiff "could have dismissed the case unilaterally under Rule 41(a)(1)(A)(i)"). Accordingly, Plaintiff's filing is a self-executing termination of this action and no further action by the Court is required.[1] *See id.* ("A stipulation of dismissal filed under Rule 41(a)(1)(A)(i) or (ii) is self-executing and immediately strips the district court of jurisdiction over the merits."); *id.* ("a voluntary

---

[1] Plaintiff's Notice also requests "permission to remand this case" to the District Court of Cleveland County, State of Oklahoma. *See* [Doc. No. 28]. Plaintiff elected to commence this action before this Court. *See* [Doc. No. 1]. No proceedings in this action have taken place in the District Court of Cleveland County. This Court does not have the ability to transfer this matter to the requested state court forum.

dismissal is self-executing, i.e., it is effective at the moment the notice is filed with the clerk and no judicial approval is required" (quoting *Janssen v. Harris*, 321 F.3d 998, 1000 (10th Cir. 2003))).

    IT IS SO ORDERED this 21st day of October, 2025.

                                                 SCOTT L. PALK
                                                 UNITED STATES DISTRICT JUDGE